FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 DEC -7 A 10: 10
CLERK_____
SO. DIST. OF GA.

CV423 344

Dwayne William McCloud
_____
_____
(Enter above full name of plaintiff or plaintiffs)

v.

Classification staff
Ms Edwards
Ms King
Ms Perry
(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____ No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1. Parties to this previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

     2. Court (if federal court, name the district; if state court, name the county): _____

     3. Docket number: _____

     4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?         Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                Yes _____ No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district):

_____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?     Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes _____ No _____

   1. If your answer to C is yes, name the court and docket number for each case:

   _____  _____
   _____  _____
   _____  _____
   _____  _____

II. Place of present confinement: **Chatham County Detention Center**

   A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

   B. Did you present the facts relating to your complaint to the appropriate grievance committee?     Yes ✓ No ___

   C. If your answer to B is yes:

   1. What steps did you take? **I've filed several grievance on the Kiosk pertaining to my complaint the best way possible after i properly did my own personal investigation concerning "possible conspicing" going on of this situation**

   2. What was the result? **No reply**

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ___ No ✓

    If yes, what was the result? _____

D.  If you did not utilize the prison grievance procedure, explain why not: _____

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff: DWayne William McCloud
    Address: 1051 Carl Griffin Dr. Savannah Ga 31412

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant: Ms Edwards
    Position: Classification Staff
    Place of employment: Chatham County Detention Center
    Current address: N/A

C.  Additional defendants: Ms King, Ms Perry

4

IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1st

On March 15th, 2023 I Dwayne William McCloud was housed in unit "9B" housing unit from "2D" housing unit, by former classification ofc Ms Edwards intentionally knowing that it was already an inmate i've got "seperations" on due to a case issue currently in 9B housing unit prior of me coming in their; I've been incarcerated March 8, 2023, 9B housing unit was my very first Dorm placement in CCDC which is not a coincidence, then after i've come back from seeing my lawyer the ofc at the time Ms Glynn tell me im being relocated for messing with "Rubio Rios" who at the time i didnt have no knowledge of knowing was in the dorm i was in intil ive been moved to unit 10C housing unit when my lawyer Philip boone at the time came and seen me days later and gave me my "disovery" which i read and notice that one of the guys in my "disovery" was the guy in 9B housing ofc Glynn stated i was bothering? the dorm i was first placed in upon my inconceration for whatever reason the classification staff were conspiring in, in order to have me placed in a dorm with a inmate who's involved in a shooting case against me and my Girlfriend "maranda Dover" which is again not no coincidence Everyone seems to know about this case my case "Everyone" detailed information, classification staff done been moving all kinds of people around revolving some type intel that they believe pertains to me in a conspiring manner. Witness: Leon Duncun is my witness who was currently housed in 9B housing unit at the time of me being placed in their, I also went to court on Nov 29th and was again placed in the same vacinity as "Rubin Rios" which is the second time after being housed in 9B with him the first time without my knowledge which totals to three times to be exact, by ofc Ms Fisher on Nov 29th → Back extra sheet

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to issue warrants to have these cameras pulled on those exact dates i've made in this complaint by honest people not anybody they've got under their influence because since i've been inconcerated in CCDC it's been alot of conspiring going on pertaining to my case by various parties inside CCDC and outside CCDC this is a widespread plot, and also my records pulled of my grievance complaints as well of this situation from off of the Kiosk

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 19____.

Prisoner No. X110096         Dwayne William McCloud
                             (Signature of Plaintiff)



6

* A photo of me was also put inside of "Rubin Rios" discovery for whatever ~~rea~~son by whoever gave him his "discovery" so he knew exactly How i looked before ~~he~~ came into 9B housing unit, he showed my photo to several inmates "Leon Duncan" ~~on~~e of my witnesses as well was shown a photo of me by "Rubin Rios" for whatever ~~hi~~s reasons were, this honestly is a widespread conspiracy against me with various ~~pe~~ople involved aimed to try and "frame me"

INSTRUCTIONS FOR FILING COMPLAINT BY PRISONERS
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the United States District Court for the Southern District of Georgia

This packet contains a complaint form and a form to be used by prisoners who seek to proceed without prepayment of the filing fee. The Clerk will not file your complaint unless it conforms to these instructions and to these forms.

1: To start an action in this Court, you must complete and file the attached *"Form to be used by prisoners in a complaint under the civil rights act, 42 U.S.C. § 1983."* The completed form becomes your complaint. The complaint must be legibly handwritten or typed. Each plaintiff must sign and swear to the complaint.

2: You must file the original of the complaint and you should keep a copy for your records.

3: Your complaint can be brought in this Court only if one or more of the defendants is located within this district or a substantial part of the events or omissions giving rise to the claim occurred in this district.

4: You must file a separate complaint for each claim unless they are related to the same incident or issue.

5: You must state the facts which support your claim. The complaint should not contain legal arguments or citations.

6: Under the Prison Litigation Reform Act (enacted April 26, 1996) Prisoners seeking to bring a civil action shall be required to pay a filing fee of $400.00. Prisoners unable to prepay the filing fee may apply to pay the fee in installments by filing an "Application to proceed without prepayment of fees." A copy of this application form is included in this packet. ***You must either submit the $400.00 filing fee or the application to proceed without repayment of fees at the time you file your complaint.***

7: If you seek to pay your fee in installments, the court will supply you with appropriate forms for (1) furnishing a certified copy of your prison trust fund account statement for the six-month period immediately preceding the filing of your complaint and (2) consenting to the collection of monies from your trust fund account in accordance with the provisions of the Prison Litigation Reform Act. Upon receipt of these forms, the Court will assess an initial partial filing fee. After payment of the initial partial filing fee, the agency having custody over you will be ordered to set aside 20 percent of all deposits to your trust fund account.

8: ***The filing fee is not refundable, regardless of the outcome, and deductions from your prison account will continue until the total fee is collected, even if your case is dismissed at the outset.***

9: If a judgment is later entered against you for costs, you will be required to pay those costs in the same manner as provided for payment of the filing fee.

10: A prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim is not eligible to proceed without prepayment of the full filing fee unless the prisoner is in imminent danger of serious physical injury.

11: The original complaint, the filing fee or the application to proceed without prepayment fees, and any other correspondence pertaining to this action should be sent to one of the following addresses:

AUGUSTA DIVISION (comprised of Burke, Columbia, Glascock, Jefferson, Lincoln, McDuffie, Richmond, Taliaferro, Wilkes, and Warren Counties), should be mailed to United States District Court, P O Box 1130, Augusta GA 30903.

BRUNSWICK DIVISION (comprised of Appling, Camden, Glynn, Jeff Davis, Long, McIntosh, and Wayne Counties), should be mailed to United States District Court, P O Box 1636, Brunswick GA 31521.

DUBLIN DIVISION (comprised of Dodge, Johnson, Laurens, Montgomery, Telfair, Treutlen, and Wheeler Counties), should be mailed to United States District Court, P O Box 1130, Augusta GA 30903.

SAVANNAH DIVISION (comprised of Bryan, Chatham, Effingham, and Liberty Counties), should be mailed to United States District Court, P O Box 8286, Savannah GA 31412.

WAYCROSS DIVISION (comprised of Atkinson, Bacon, Brantley, Charlton, Coffee, Pierce, and Ware Counties), should be mailed to United States District Court, P O Box 1636, Brunswick GA 31521.

STATESBORO DIVISION (comprised to Bulloch, Candler, Emanuel, Evans, Jenkins, Tattnall, and Toombs Counties), should be mailed to United States District Court, P O Box 8286, Savannah GA 31412.