**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| DWAYNE WILLIAM MCCLOUD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-344 |
| | ) | |
| CLASSIFICATION STAFF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 11), to which no objections have been filed.  Accordingly, the Report and Recommendation is **ADOPTED**. (Doc. no. 11.)  Plaintiff's Amended Complaint is **DISMISSED**.  (Doc. no. 10.)  The Clerk is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2024.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA